IC

FILED
10/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

RECEIVED
OCT 05 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FIRST CHOICE FINANCIAL CORPORATION,
AN ILLINOIS CORPORATION,
*Plaintif.*

VS

AUTO-OWNERS INSURANCE,
AMiCiaGAN CORPORATION
*Defendants*

CASE NO.

1:26-cv-12186
Judge Franklin U. Valderrama
Magistrate Judge Beth W. Jantz
RANDOM / CAT. 2

## INTRODUCTION

IN THIS MAHER, the PlaintifTis a corporation licensed to do business in the State of Illinois. The Defendant is a corporation, and it is believed to be a resident of the State of Michigan THAT the amount in controversy is in excess of $100,000.00. This is a re-filed case.

## COMPLAINT

NOW COMES, the Plaintiff, FIRST CHOICE FINANCIAL CORPORATION, al Jllinojs Corporation, by its Attorney, WAYNE RHINE, and Complains of the Defendant, AUTO-OWNERS INSURANCE, as follows:

1. Tbat Plaintiff is the owner of a certain 3-flat building located at 1631 North Spaulding Avenue, Chicago, IL, located in the Humboldt Park neighborhood, which is undergoing signi6cant urban renewal.
2. Tbat the Plaintiff intended to rehabilitate the property and either sell its units as condominiums or rent the units.
3. The Plaintia insured the property with an insurance policy issued by the Defendant, Auto-Owners Insurance, policy number 076&+247. and said policy was in 6l11 force and effect at all times complained of herein.
4. That during the course of the rehabilitation project, the building began to lean to

the left as the result of the negligence of the contractor, 48 Construction Inc., an Illinois corporation, and the architect, Senga Architect, an Illinois corporation.

5. That the Plaintiff has brought an action against both the contractor and the architect. Said lawsuit is pending in the Circuit Court of Cook County.

*Case Number 2025 MI 120933*

6. That due to the dangerous oondition of the building, the City of Chicago had the building torn down at an approximate cost of 577,000.00, charged to the Plaintiff

7. That the Plaintiff has made a claim for the loss of the building, the costs incurred by the City of Chicago, and for the loss of the anticipated profits from the expected sale or Tental of the IInks.

8. That under the terms of the policy under "Collapse," the policy states:

> *K 1 (a) coverage; we pay for losses caused by direct physical loss damages iwolving the collapse ofan existing building during rehabilitation or renovation, including any part of an existing building.*

9. That despite the clear language of the policy, the Defendant, Auto'Owners Insurance, has refused and continues to refuse to pay any part of the PlaintiEs clnim for the losses connected to the destruction of the building.

10. That the denial of the claim by the Defendant is vexatious, deliberate, willful, and without justification whatsoever.

11. That §215 of the Illinois Code of Civil Procedure 5/155 provides for the award of losses, fees, court costs, and expenses of litigation in the event that the insurance company has acted in a vexatious and willful manner. such is the case in this matter.

WHEREFORE, the Plaintiaprays for an award of damages in excess of $ 100,000.00 plus attorney fees, court costs, and other costs related to this litigation.

Wayne Rhine
Attorney for Plaintiff

WaYne Rhine
Attorney for PlaintifT
7(A W. Whiting Lane
Arlington Heights, IL 60004
Attorney Code No. 28251
(&47) 363-0875
wavnerhine@gmail.com

**CERTIFICATION**

Now Comes WaYne Rhine9 attorney for Plaintiff, and upon information and belief from the reading of the insurance policy at issue tHs Complaint is accurate

Wayne Rhine

Wayne Rhine
Attorney for PlaintiR
704 W. Whiting Lane
Arlington Heights, IL 60004
Attorney Code No. 28251
(847) 363-0875
wa\"nerhinefa:gmail.corn